# RETURN OF SERVICE
# UNITED STATES DISTRICT COURT
# Southern District of Florida

Case Number: 20CV60087

Plaintiff:
**John Bennett**

vs.

Defendant:
**Dynamic F&B Concepts Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@jibraellaw & tom@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 18th day of January, 2020 at 7:00 pm to be served on **Dynamic F&B Concepts Inc, 1317 S Federal Hwy, Dania Beach, FL 33004**.

I, Andrew Karp, do hereby affirm that on the **12th day of February, 2020** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Ashley Mecera** as **employee/ front counter associate** for **Dynamic F&B Concepts Inc**, at the address of: **1317 S Federal Hwy, Dania Beach, FL 33004**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: f, Race/Skin Color: white, Height: 5'9", Weight: 150, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true.  Notary not required pursuant to F.S. 92.525(2).

_____

**Andrew Karp**
#260

**All Broward Process Corp**
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2020000157

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c